UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN STARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1967 (RMC) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S PROOF OF SERVICE
OF SUMMONS AND COMPLAINT UPON DEFENDANT**

Plaintiff, Susan Stark, respectfully informs the Court that the United States was personally served with the summons and complaint in this case on November 5, 2007. As indicated in the attached affidavits of service of Rosemary Solorzano, service of process was made upon the United States in the following manner:

(1) Personal service upon Peter Keisler, the Acting Attorney General of the United States;

(2) Personal service upon Jeffrey Taylor, the U.S. Attorney for the District of Columbia;

Respectfully submitted,

Dated: November 6, 2007

/s/ Stefan Shaibani
Stefan Shaibani (Bar No. 490024)
LITIGATION ASSOCIATES, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036
Tel: (202) 862-4335
Fax: (202) 828-4130

*Attorney for Plaintiff*

2

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on November 6, 2007, I electronically filed and subsequently caused to be served by First Class Mail copies of "PLAINTIFF'S PROOF OF SERVICE OF SUMMONS AND COMPLAINT UPON DEFENDANT" and "AFFIDAVIT OF ROSEMARY SOLORZANO" addressed as follows:

      Peter Keisler, Acting Attorney General
      U.S. Department of Justice
      950 Pennsylvania Avenue, NW
      Washington, DC 20530

      <u>/s/ Stefan Shaibani</u>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUSAN STARK,                )
                            )
    Plaintiff,              )
                            )
v.                          )   Civil Action No. 07-1967 (RMC)
                            )
UNITED STATES,              )
                            )
    Defendant.              )
_____)

### AFFIDAVIT OF ROSEMARY SOLORZANO

I, Rosemary Solorzano, affirm under penalties of perjury as follows:

1.  I am over the age of 18 and not a party to this action.

2.  On November 5, 2007, I served the Acting Attorney General of the United States, Peter Keisler, with the summons and complaint in the above-captioned matter by delivering the same to W. T. Lee (General Clerk), authorized to accept service on behalf of the United States Attorney General at approximately 4:10 p.m. at the U.S. Department of Justice, Mail Room BLL206, 950 Pennsylvania Avenue, NW, Washington, DC 20530.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: November 6, 2007

_____
Rosemary Solorzano
Washington, DC

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this 6th day of November, 2007

_____
Douglas M. Stringer
Notary Public, D.C.
My commission expires_____

DOUGLAS M. STRINGER
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 31, 2011

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN STARK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1967 (RMC) |

### AFFIDAVIT OF ROSEMARY SOLORZANO

I, Rosemary Solorzano, affirm under penalties of perjury as follows:

1. I am over the age of 18 and not a party to this action.

2. On November 5, 2007, I served the United States Attorney for the District of Columbia, Jeffrey Taylor, with the summons and complaint in the above-captioned matter by delivering the same to Cynthia Parker, authorized to accept service on behalf of Jeffrey Taylor at approximately 4:00 p.m. at the U.S. Attorney's Office for the District of Columbia, 501 3rd Street, NW, Washington, DC.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: November 6, 2007

_____
Rosemary Solorzano
Washington, DC

District of Columbia: SS
Subscribed and sworn to before me, in my presence,
this _6th_ day of _November_, _2007_
_Douglas M. Stringer_
Notary Public, D.C.
My commission expires _____

DOUGLAS M. STRINGER
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 31, 2011