UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN STARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-1967 (RMC) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff, Susan Stark, respectfully informs the Court that she is dismissing the above-captioned complaint **without prejudice**. Plaintiff's dismissal of this action shall not operate as an adjudication upon the merits, and plaintiff intends to file a new complaint in connection with this matter. This notice of voluntary dismissal is in response to the Motion to Dismiss Without Prejudice filed by the Defendant in this case.

Respectfully submitted,

Dated: January 10, 2008

/s/ Stefan Shaibani
Stefan Shaibani (Bar No. 490024)
LITIGATION ASSOCIATES, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, DC 20036
Tel: (202) 862-4335
Fax: (202) 828-4130

*Attorney for Plaintiff*

2

CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2008, I electronically filed "PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE" and that service was thus effected upon the recipient below in accordance with the local rules of this Court:

Brian Hudak
United States Attorney's Office of the District of Columbia
555 4th Street NW
Washington, DC 20530
(202) 514-7143

/s/ Stefan Shaibani

2